**No. 10-846. Strategic Housing Finance Corporation of Travis County, Petitioner v. United States.**

562 U.S. 1221, 131 S. Ct. 1513, 179 L. Ed. 2d 308, 2011 U.S. LEXIS 1351.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 608 F.3d 1317.

■

**No. 10-849. Rafal Filipczyk, Petitioner v. United States.**

562 U.S. 1221, 131 S. Ct. 1513, 179 L. Ed. 2d 308, 2011 U.S. LEXIS 1393.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 386 Fed. Appx. 973.

■

**No. 10-850. Ohio, Petitioner v. Rose Kate Roseborough.**

562 U.S. 1221, 131 S. Ct. 1513, 179 L. Ed. 2d 308, 2011 U.S. LEXIS 1373.

February 22, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Ashland County, denied.

■

**No. 10-853. Jacob Zabara, Petitioner v. Harry M. Byrne, Jr., et al.**

562 U.S. 1221, 131 S. Ct. 1515, 179 L. Ed. 2d 308, 2011 U.S. LEXIS 1486.

February 22, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

■

**No. 10-858. Johnny Partain, Petitioner v. Marvin Isgur, et al.**

562 U.S. 1221, 131 S. Ct. 1516, 179 L. Ed. 2d 308, 2011 U.S. LEXIS 1338.

■

**No. 10-860. George E. Repking, et al., Petitioners v. Brad Lokey, et al.**

562 U.S. 1221, 131 S. Ct. 1516, 179 L. Ed. 2d 308, 2011 U.S. LEXIS 1382.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2010 Ark. 356, 377 S.W.3d 211.

■

**No. 10-863. Yassin A. Kadi, Petitioner v. United States.**

562 U.S. 1221, 131 S. Ct. 1518, 179 L. Ed. 2d 308, 2011 U.S. LEXIS 1439.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

■

**No. 10-866. Papyrus Technology Corporation, Petitioner v. New York Stock Exchange, Inc.**

562 U.S. 1221, 131 S. Ct. 1518, 179 L. Ed. 2d 308, 2011 U.S. LEXIS 1326.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 396 Fed. Appx. 702.